■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HOLLIS, Appellant.—Judgment of the Supreme Court, Kings County, rendered March 21, 1975 (the date on the clerk's extract is May 5, 1975), affirmed. No opinion. This case is remitted to the Supreme Court, Kings

County, for further proceedings pursuant to CPL 460.50 (subd 5). Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.